**Order entered September 15, 2015**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00819-CR

**BRIAN JASON WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80670-2013**

## ORDER

The Court **GRANTS** LaTresta Ginyard's second motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's report within **TEN (10) DAYS** from the date of this order.

/s/     ADA BROWN
          JUSTICE